IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN CARL HUTSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-610 |
| FRANK AGUILLAR, III, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, John Carl Hutson, a former pre-trial detainee at the Travis County Jail, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Frank Aguillar, III, John B. Stevens, Pat Clark, Marcia Crone, and Keith Gilbin.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

This claim was severed from Civil Action No. 1:22-CV-602 on December 29, 2022 (doc. #1). On January 5, 2023, the undersigned entered an order instructing the Clerk of Court to forward Plaintiff a copy of the in forma pauperis application for prisoners and the form complaint for a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. A copy of this order was returned as undeliverable on January 11, 2023, with the notation "RTS Unknown." It appears Plaintiff was released from the Travis County Jail, but has yet to update the court with his current address.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*,

370 U.S. 626, 629 (1962)).

Plaintiff has failed to update the court with his current address and has prevented the court from communicating with him.

Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge.  28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Servs. Auto. Ass'n.,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 3rd day of February, 2023.**

Christine L Stetson
UNITED STATES MAGISTRATE JUDGE