IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN CARL HUTSON | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-610 |
| FRANK AGUILLAR, III, *et al.*, | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, John Carl Hutson, a former pre-trial detainee at the Travis County Jail, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Frank Aguillar, III, John B. Stevens, Pat Clark, Marcia Crone, and Keith Giblin.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the complaint for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 6]. Specifically, Plaintiff failed to update the Court with his current address and prevented the Court from communicating with him.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. A final judgment will be entered in accordance

---

[1] A copy of the Report and Recommendation was returned as undeliverable on March 3, 2023 [Dkt. 8]. The last communication this Court has received from Plaintiff was on December 29, 2022, the date he filed this complaint [Dkts. 1 & 2].

with the recommendations of the magistrate judge.

**SIGNED this 5th day of April, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge